IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHELSEA L. DAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Civil No. 3:14-CV-3963-K |
| v. | ) |
| | ) |
| LESLIE D. WARE, et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER OF TRANSFER

The above styled and numbered case is **TRANSFERRED** to the docket of the Honorable David C. Godbey, and shall henceforth carry the suffix letter "N".

**SO ORDERED**.

Signed February 19th, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

-1-